## BLAND DANLEY v. THE STATE.

No. 5902. Decided October 20, 1920.

**Theft—Notice of Appeal—Practice on Appeal.**
In the absence of a proper notice of appeal to the Court of Criminal Appeals, the appeal must be dismissed.

Appeal from the District Court of Wichita. Tried below before the Honorable H. F. Weldon.

Appeal from a conviction of theft of value over fifty dollars; penalty, two years imprisonment in the penitentiary.

No brief on file for the appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the District Court of Wichita County, of the offense of theft of property of the value of over $50, and his punishment fixed at two years' confinement in the penitentiary.

An examination of the record discloses that same contains no sufficient notice of appeal; the only thing which appears to be an effort to give such notice is found in the order overruling the motion for a new trial, wherein is the following: "Wherefore, the defendant, Bland Danley, in open court, gave notice of an appeal herein to the Court of Appeals of the State of Texas, which said notice is now entered of record."

We do not know of any court in this State of the name and description mentioned in said purported notice of appeal. The failure to give such notice is universally held to be fatal.

The appeal will be dismissed.

*Dismissed.*